FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 2 9 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

EDGAR BAEZ

08 CRIM 568

CRIMINAL NO. 1:06-CR-133-06-CAP

ATTEST: A TRUE COPY
CERTIFIED THIS

JUN 0 2 2008

James N. Hatten, Clerk
By: _____ Deputy Clerk

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, EDGAR BAEZ, defendant, have been informed that an Indictment is pending against me in the above designated cause. I wish to plead guilty to the offenses charged, to consent to the disposition of the case in the Southern District of New York, in which I reside, and to waive trial in the above captioned District.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 3 2008

Dated: MAY 21, 2008

_____
EDGAR BAEZ

_____
JAMES KOUSOUROS
COUNSEL FOR DEFENDANT

Approved

| _____ | _____ |
| SANDRA E. STRIPPOLI | RITA GLAVIN |
| Assistant United States Attorney for the | Assistant United States Attorney for the |
| Northern District of Georgia | Southern District of New York |