IN THE UNITED STATES DISTRICT COURT

ORIGINAL

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 1 5 2006

LUTHER D. THOMAS, Clerk
By:
Deputy Clerk

UNITED STATES OF AMERICA

v.

ROLFI ESPITIA-TOCUA,
CARLOS ALEXANDER TOCUA,
ALFREDO MORENO-RIVERA,
RAFAEL MARMOL,
RAFAEL TEJEDA,
EDGAR BAEZ,
HERIBERTO LANZOT,
OSWALDO MAYA,
WILSON A. CANDELERIO-DURAN,
RAMON F. FLORES,
FREDDY RIVERA, and
JOSE R. CURRAS-MORALES,
    a.k.a Manky,

:
:
:
:
:
:
:
:
:
:
:
:
:

CRIMINAL INDICTMENT

NO.

**1:06-CR-133-6**

**08 CRIM 568**

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>

From a date unknown to the grand jury, but at least by on or

about November 18, 2003, and continuing until on or about the date

of the return of this indictment, within the Northern District of

Georgia, Bogota,  Colombia, South America, New York, New York,

Puerto Rico, Brockton, Massachusetts, Philadelphia, Pennsylvania,

and elsewhere, the defendants,

ROLFI ESPITIA-TOCUA,
CARLOS ALEXANDER TOCUA,
ALFREDO MORENO-RIVERA,
RAFAEL MARMOL,
RAFAEL TEJEDA,
EDGAR BAEZ,
HERIBERTO LANZOT,
OSWALDO MAYA,
WILSON A. CANDELERIO-DURAN,



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 2 3 2008

RAMON F. FLORES,
FREDDY RIVERA, and
JOSE R. CURRAS-MORALES, a.k.a Manky,

together with others, both known and unknown to the grand jury, did knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding with one another to commit violations of the laws of the United States of America, to wit: Title 18, United States Code, Section 1956(a)(1)(A)(i), (a)(1)(B)(i), and 1957 as follows: to conduct and attempt to conduct, a financial transaction affecting interstate and foreign commerce, (1) which transaction involved the proceeds of a specified unlawful activity, that is, the importation, concealment, buying, selling and otherwise dealing in controlled substances, punishable under the laws of the United States of America, with the intent to promote the carrying on of such specified unlawful activity; and (2) to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity; and (3) to knowingly engage, attempt to engage and cause and aid and abet others in engaging in monetary transactions in criminally derived property that was of a value greater than $10,000, in violation of Title 18, United States Code, Section 1957;

## MANNER AND MEANS

In order to further the object of engaging in financial transactions with proceeds of a specified unlawful activity with the intent to promote the carrying on of the specified unlawful activity and with the intent to conceal and disguise the nature, location, source, ownership and control of said proceeds, and to knowingly engage, attempt to engage and cause and aid and abet others in engaging in monetary transactions in criminally derived property that was of a value greater than $10,000, the conspirators used the following manners and means:

1.  Members of the conspiracy gave instructions to initiate the collection of the proceeds from drug sales, (currency), in various locations, including but not limited to New York, New York, Miami, Florida, Brockton, Massachusetts, Philadelphia, Pennsylvania, and Puerto Rico, and members of the conspiracy delivered said drug proceeds to undercover agents.

2.  The proceeds from drug sales in the form of currency (bank notes), which were delivered to undercover agents, were deposited into various financial institutions thereby converting the bank notes into electronic funds maintained in bank accounts.

3.  Affecting interstate and foreign commerce, the electronic funds moved through financial institutions from the

3

original location of the currency pickups to a bank account in Lilburn, Georgia, where it was used to pay for textiles and shipping costs, and for profits, of Be and Ba, LLC.

4.  Members of the conspiracy in Colombia received in Colombian pesos an amount approximately equivalent to the amount of U.S. dollars that had been collected in drug proceeds in the United States.  Those pesos were generated by the sales of textiles sent by Be and Ba, LLC, from the United States and elsewhere to Colombia and sold to purchasers in Colombia.

5.  In some instances, rather than receiving Colombian pesos generated by sales of textiles in Colombia by Be and Ba, LLC, members of the conspiracy provided instructions and/or caused others to provide instructions via telephone, fax, and/or email to conduct financial transactions (electronic fund transfers), affecting interstate and foreign commerce by moving the electronic funds (drug proceeds picked up and deposited into bank accounts) through financial institutions from the original location of the currency pickups to accounts in the United States and abroad.

All in violation of Title 18, United States Code, Section 1956(h).

4

<u>COUNT TWO</u>

From a date unknown to the grand jury, but at least by on or about November 18, 2003, and continuing until on or about the date of the return of this indictment, in the Northern District of Georgia and elsewhere, the defendants,

ROLFI ESPITIA-TOCUA,
CARLOS ALEXANDER TOCUA,
ALFREDO MORENO-RIVERA,
RAFAEL MARMOL,
RAFAEL TEJEDA,
EDGAR BAEZ,
HERIBERTO LANZOT,
OSWALDO MAYA,
WILSON A. CANDELERIO-DURAN,
RAMON F. FLORES,
FREDDY RIVERA, and
JOSE R. CURRAS-MORALES, a.k.a Manky,

together with others, both known and unknown to the grand jury, did knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding with one another to commit violations of Title 21, United States Code, Section 841(a)(1), that is, to willfully aid and abet the distribution of at least five (5) kilograms of a mixture containing cocaine, a Schedule II controlled substance, at least one kilogram of a mixture containing heroin, a Schedule I controlled substance, and other controlled substances, by and through the "laundering" of proceeds from the sale of cocaine, heroin, and other controlled substances.

All in violation of Title 21, United States Code, Sections 841(b)(1)(A)(i) and (ii), 841(b)(1)(C) and 846, and Title 18, United States Code, Section 2.

<u>COUNTS THREE THROUGH THIRTY-SEVEN</u>

On or about the dates set forth below, in the Northern District of Georgia and elsewhere, the defendant,

ROLFI ESPITIA-TOCUA,

and other defendants as specified below, aided and abetted by each other and others, both known and unknown to the grand jury, did knowingly conduct, and attempt to conduct, financial transactions affecting interstate and foreign commerce, (1) which transactions involved the proceeds of a specified unlawful activity, that is, the importation, concealment, buying, selling and otherwise dealing in controlled substances, punishable under the laws of the United States of America, with the intent to promote the carrying on of such specified unlawful activity; and (2) to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity:

Relating to the November 18, 2003, money pick-up in New York, New York:

| COUNT | DATE OF TRANSFER | ADDITIONAL DEFENDANTS | APPROXIMATE AMOUNT OF TRANSFER | FUNDS TRANSFERRED TO: |
|-------|-----------------|----------------------|-------------------------------|----------------------|
| 3 | 11/25/03 | ALFREDO MORENO-RIVERA | $ 86,299 | BB&T BANK Lilburn, Georgia |

6

Relating to the January 6, 2004 money pick-up in New York, New York:

| COUNT | DATE OF TRANSFER | ADDITIONAL DEFENDANTS | APPROXIMATE AMOUNT OF TRANSFER | FUNDS TRANSFERRED TO: |
|-------|------------------|------------------------|-------------------------------|------------------------|
| 4 | 1/15/04 | RAFAEL MARMOL RAFAEL TEJEDA | $126,733 | BB&T BANK Lilburn, Georgia |
| 5 | 1/20/04 | RAFAEL MARMOL RAFAEL TEJEDA | $90,898 | BB&T BANK Lilburn, Georgia |
| 6 | 1/26/04 | RAFAEL MARMOL RAFAEL TEJEDA | $44,265 | BB&T BANK Lilburn, Georgia |

Relating to both the November 18, 2003, and January 6, 2004, money pick-ups in New York, New York:

| COUNT | DATE OF TRANSFER | ADDITIONAL DEFENDANTS | APPROXIMATE AMOUNT OF TRANSFER | FUNDS TRANSFERRED TO: |
|-------|------------------|------------------------|-------------------------------|------------------------|
| 7 | 3/10/04 | ALFREDO MORENO-RIVERA RAFAEL MARMOL RAFAEL TEJEDA | $ 50,864 | BB&T BANK Lilburn, Georgia |

Relating to the March 10, 2004, money pick-up in New York, New York:

| COUNT | DATE OF TRANSFER | ADDITIONAL DEFENDANTS | APPROXIMATE AMOUNT OF TRANSFER | FUNDS TRANSFERRED TO: |
|-------|------------------|------------------------|-------------------------------|------------------------|
| 8 | 6/02/04 | EDGAR BAEZ | $ 5,997 | BB&T BANK Lilburn, Georgia |

Relating to the May 18, 2004, money pick-up in New York, New York:

| COUNT | DATE OF TRANSFER | ADDITIONAL DEFENDANTS | APPROXIMATE AMOUNT OF TRANSFER | FUNDS TRANSFERRED TO: |
|---|---|---|---|---|
| 9 | 5/25/04 | none | $ 79,557 | BB&T BANK Lilburn, Georgia |
| 10 | 6/07/04 | none | $ 10,121 | BB&T BANK Lilburn, Georgia |

Relating to the May 20, 2004, money pick-up in New York, New York:

| COUNT | DATE OF TRANSFER | ADDITIONAL DEFENDANTS | APPROXIMATE AMOUNT OF TRANSFER | FUNDS TRANSFERRED TO: |
|---|---|---|---|---|
| 11 | 5/25/04 | none | $116,536 | BB&T BANK Lilburn, Georgia |
| 12 | 6/10/04 | none | $ 11,687 | BB&T BANK Lilburn, Georgia |

Relating to the August 24, 2004, money-pick-up in Miami, Florida:

| COUNT | DATE OF TRANSFER | ADDITIONAL DEFENDANTS | APPROXIMATE AMOUNT OF TRANSFER | FUNDS TRANSFERRED TO: |
|---|---|---|---|---|
| 13 | 8/27/04 | none | $148,761 | BB&T BANK Lilburn, Georgia |
| 14 | 9/08/04 | none | $ 9,069 | BB&T BANK Lilburn, Georgia |

Relating to the October 26, 2004, money pick-up in New York, New York:

| COUNT | DATE OF TRANSFER | ADDITIONAL DEFENDANTS | APPROXIMATE AMOUNT OF TRANSFER | FUNDS TRANSFERRED TO: |
|---|---|---|---|---|
| 15 | 10/27/04 | OSWALDO MAYA | $300,000 | SUNTRUST BANK Atlanta, Georgia |
| 16 | 10/28/04 | OSWALDO MAYA | $257,698 | BB&T BANK Lilburn, Georgia |
| 17 | 11/04/04 | OSWALDO MAYA | $18,865 | BB&T BANK Lilburn, Georgia |

Relating to the May 2, 2005, money pick-up in Puerto Rico:

| COUNT | DATE OF TRANSFER | ADDITIONAL DEFENDANTS | APPROXIMATE AMOUNT OF TRANSFER | FUNDS TRANSFERRED TO: |
|---|---|---|---|---|
| 18 | 5/04/05 | WILSON A. CAN-DELARIO-DURAN | $197,302 | SUNTRUST BANK Atlanta, Georgia |
| 19 | 5/06/05 | WILSON A. CAN-DELARIO-DURAN | $ 40,000 | BARCLAYS BANK PLC for beneficiary FIRST CURACAO INT'L BANK |
| 20 | 5/06/05 | WILSON A. CAN-DELARIO-DURAN | $ 30,000 | BANK OF NEW YORK |
| 21 | 5/06/05 | WILSON A. CAN-DELARIO-DURAN | $ 14,000 | BANK OF AMERICA NA |
| 22 | 5/06/05 | WILSON A. CAN-DELARIO-DURAN | $ 11,000 | WACHOVIA BANK NA OF FLORIDA |
| 23 | 5/06/05 | WILSON A. CAN-DELARIO-DURAN | $ 18,000 | CITIBANK NA |
| 24 | 5/06/05 | WILSON A. CAN-DELARIO-DURAN | $ 68,529 | UNION PLANTERS BANK, N.A. |

| COUNT | DATE OF TRANSFER | ADDITIONAL DEFENDANTS | APPROXIMATE AMOUNT OF TRANSFER | FUNDS TRANSFERRED TO: |
|---|---|---|---|---|
| 25✓ | 5/20/05 | WILSON A. CAN-DELARIO-DURAN | $ 7,892 | BB&T BANK Lilburn, Georgia |

Relating to the July 28, 2005, money pick-up in Brockton, Massachusetts:

| COUNT | DATE OF TRANSFER | ADDITIONAL DEFENDANTS | APPROXIMATE AMOUNT OF TRANSFER | FUNDS TRANSFERRED TO: |
|---|---|---|---|---|
| 26 | 7/29/05 | RAMON F. FLORES CARLOS ALEXANDER TOCUA | $218,930 | SUNTRUST BANK Atlanta, Georgia |
| 27 | 8/01/05 | RAMON F. FLORES CARLOS ALEXANDER TOCUA | $185,091 | BB&T BANK Lilburn, Georgia |
| 28✓ | 8/11/05 | RAMON F. FLORES CARLOS ALEXANDER TOCUA | $ 16,822 | BB&T BANK Lilburn, Georgia |

Relating to the July 29, 2005, money pick-up in Philadelphia, Pennsylvania:

| COUNT | DATE OF TRANSFER | ADDITIONAL DEFENDANTS | APPROXIMATE AMOUNT OF TRANSFER | FUNDS TRANSFERRED TO: |
|---|---|---|---|---|
| 29 | 8/02/05 | FREDDY RIVERA CARLOS ALEXANDER TOCUA | $301,315 | SUNTRUST BANK Atlanta, Georgia |
| 30 | 8/02/05 | FREDDY RIVERA CARLOS ALEXANDER TOCUA | $267,879 | BB&T BANK Lilburn, Georgia |
| 31✓ | 8/11/05 | FREDDY RIVERA CARLOS ALEXANDER TOCUA | $16,717 | BB&T BANK Lilburn, Georgia |

Relating to the August 12, 2005, money pick-up in Puerto Rico:

| COUNT | DATE OF TRANSFER | ADDITIONAL DEFENDANTS | APPROXIMATE AMOUNT OF TRANSFER | FUNDS TRANSFERRED TO: |
|-------|------------------|-----------------------|-------------------------------|------------------------|
| 32 | 8/16/05 | JOSE R. CURRAS-MORALES a.k.a. Manky CARLOS ALEXANDER TOCUA | $ 99,992 | SUNTRUST BANK Atlanta, Georgia |
| 33 | 8/16/05 | JOSE R. CURRAS-MORALES a.k.a. Manky CARLOS ALEXANDER TOCUA | $ 99,992 | SUNTRUST BANK Atlanta, Georgia |
| 34 | 8/17/05 | JOSE R. CURRAS-MORALES a.k.a. Manky CARLOS ALEXANDER TOCUA | $ 20,000 | DAIWA BANK, LTD. Japan |
| 35 | 8/17/05 | JOSE R. CURRAS-MORALES a.k.a. Manky CARLOS ALEXANDER TOCUA | $ 68,509 | STANDARD CHARTERED BANK LTD for beneficiary GNB BANK PANAMA, S.A. |
| 36 | 8/18/05 | JOSE R. CURRAS-MORALES a.k.a. Manky CARLOS ALEXANDER TOCUA | $ 95,500 | THE BANKERS BANK for beneficiary FIRST PRYORITY BANK |
| 37 | 8/24/05 | JOSE R. CURRAS-MORALES a.k.a. Manky CARLOS ALEXANDER TOCUA | $ 8,000 | BB&T BANK Lilburn, Georgia |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i), 1956(a)(1)(B)(i) and 2.

## FORFEITURE PROVISIONS

Pursuant to Title 18, United States Code, Section 982(a)(1), each defendant who is convicted of one or more of the offenses set forth in Counts one and three through thirty-seven of this Indictment, shall forfeit to the United States the following property:

11

a. All right, title, and interest in any and all property involved in each offense in violation of Title 18, United States Code, Section 1956, 1957, or conspiracy to commit such offense, for which the defendant is convicted, and all property traceable to such property, including the following: 1) all money or other property that was the subject of each transaction, transportation, transmission or transfer in violation of Section 1956 or 1957; 2) all commissions, fees and other property constituting proceeds obtained as a result of those violations; and 3) all property used in any manner or part to commit or to facilitate the commission of those violations, including but not limited to:

1.    MONEY JUDGMENT

A sum of money equal to the total amount of money involved in each offense, or conspiracy to commit such offense, for which the defendant is convicted.  If more than one defendant is convicted of an offense, the defendants so convicted are jointly and severally liable for the amount involved in such offense.

2. BANK ACCOUNTS

a. An amount not to exceed $14,000.00 from an account maintained at Bank of America, account number 003761307765 (Luis Hernando Santa Maria);

b.   An amount not to exceed $30,000.00 from an account maintained at Bank of New York, account number 3540053536 (International Transportation and Equipment);

c.   An amount not to exceed $14,000.00 from an account maintained at Union Men-Union Planters Bank, account number 9600110979 (Carmen Urdaneta);

d.   An amount not to exceed $11,000.00 from an account maintained at Wachovia Bank, account number 1010087100080 (Paul Garcia).

Additionally, upon conviction of the controlled substance offenses alleged in Count two of this Indictment, the defendant(s), shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including but not limited to the following:

1.   MONEY JUDGMENT

A sum of money equal to the total amount of money involved in each offense, or conspiracy to commit such offense, for which the defendant is convicted.  If more than one defendant is convicted of an offense, the defendants so convicted are

jointly and severally liable for the amount involved in such offense.

2. BANK ACCOUNTS

    a. An amount not to exceed $14,000.00 from an account maintained at Bank of America, account number 003761307765 (Luis Hernando Santa Maria);

    b. An amount not to exceed $30,000.00 from an account maintained at Bank of New York, account number 3540053536 (International Transportation and Equipment);

    c. An amount not to exceed $14,000.00 from an account maintained at Union Men-Union Planters Bank, account number 9600110979 (Carmen Urdaneta);

    d. An amount not to exceed $11,000.00 from an account maintained at Wachovia Bank, account number 1010087100080 (Paul Garcia).

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to, or deposited with, a third party;

(c)  has been placed beyond the jurisdiction of the court;

(d)  has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

All pursuant to Title 18, United States Code, Section 982(a)(1) and Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.


A _____*True*_____ BILL


_____
FOREPERSON


DAVID E. NAHMIAS
UNITED STATES ATTORNEY


SANDRA E. STRIPPOLI
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000 OFFICE
404/581-6171 FACSIMILE
Georgia Bar No. 688565

*Sandra E. Strizzoli for*

EVAN S. WEITZ
ASSISTANT U.S. ATTORNEY
GEORGIA BAR NO. Provisionally
Admitted Pursuant to Local Rule 83.1

600 U.S. COURTHOUSE
75 SPRING STREET, S.W.
ATLANTA, GEORGIA 30303
(404) 581-6036 OFFICE
(404) 581-6234 FACSIMILE

U.S. Department of Justice                                    Rule 20 - Transfer Notice

| To: **Rita Glavin** | District | Date |
|---|---|---|
| Assistant U.S. Attorney | Southern District of New York | May 9 , 2008 |
| Name of Subject | Statute Violated | File Data *(Initials and Number)* |
| EDGAR BAEZ | 18 U.S.C. §1956, 21 U.S.C. § 846 | |

### Part A - District of Arrest

X  The above-named subject has been apprehended in your jurisdiction and indicates amenability to Rule 20 disposition in your district of the charges pending against him in the Northern District of Georgia. Kindly indicate whether you are agreeable to Rule 20 disposition. If you agree to a Rule 20 disposition in your district, please sign as indicated on page 1.

☐  Enclosed is a certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20.
Docket no. _____

☐  Other *(Specify)*:

☐  The above-named defendant entered a plea of guilty under Rule 20.
**Date of Plea          Date of Sentence          Sentence**

| From (Signature and Title) | Address |
|---|---|
| Sandra E. Strippoli<br>Assistant U.S. Attorney | 75 Spring St., S.W.<br>Suite 600<br>Atlanta, GA 30303 |

### Part B - District of Offense

X  I am agreeable to Rule 20 disposition.

☐  I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at *(Kindly notify me of any anticipated delay)*.

X  Enclosed are two certified copies of the indictment, docket no. 1:07-CR-133-06-CAP

Please have defendant execute waiver of indictment.

☐  Other *(Specify)*:

| Signature *(Name and Title)*<br>**Sandra E. Strippoli**<br>Assistant U.S. Attorney | District<br>Northern District of Georgia | Date<br>May 9, 2008 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.

**Replaces OBD-101, Feb. 83 edition may be used**

FORM USA-231
NOV. 85

CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CRIMINAL DOCKET FOR CASE #: 1:06-cr-00133-CAP-AJB-6
### Internal Use Only

Case title: USA v. Espitia-Tocua et al

Date Filed: 03/15/2006
Date Terminated: 05/29/2008

Assigned to: Judge Charles A. Pannell, Jr
Referred to: Magistrate Judge Alan J. Baverman

ATTEST: A TRUE COPY
CERTIFIED THIS
JUN 02 2008
James N. Hatten, Clerk
By: Deputy Clerk

**Defendant (6)**

**Edgar Baez**
*TERMINATED: 05/29/2008*

represented by **Edgar Baez**
PRO SE

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

18:1956(h) - MONEY LAUNDERING: NARCOTICS - SELL, DISTRIBUTE OR DISPENSE
(1)

**Disposition**

RULE 20 TRANSFER TO USDC
Southern District of New York

21:841(b)(1)(A)(i) and (ii), 841(b)(1)(C) and 846, and 18:2 NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE
(2)

RULE 20 TRANSFER TO USDC
Southern District of New York

18:1956(a)(1)(A)(i), 1956(a)(1)(B)(i) and 2: MONEY LAUNDERING: NARCOTICS - SELL, DISTRIBUTE OR DISPENSE
(8)

RULE 20 TRANSFER TO USDC
Southern District of New York

## Highest Offense Level (Terminated)

Felony

## Complaints

None

<table>
<tr><td></td><td>Disposition</td></tr>
</table>

## Plaintiff

| USA | represented by | **Evan S. Weitz** |

U.S. Attorney's Office - ATL
600 Richard Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6036
Email: evan.weitz@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sandra Elizabeth Strippoli**
Office of United States Attorney
Northern District of Georgia
75 Spring Street, S.W.
600 United States Courthouse
Atlanta, GA 30303
404-581-6304
Email: Sandy.Strippoli@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/15/2006 | 1 | INDICTMENT as to Rolfi Espitia-Tocua (1) counts 1, 2, 3-37; Carlos Alexander Tocua (2) counts 1, 2, 26-37; Alfredo Moreno-Rivera (3) counts 1, 2, 3, 7; Rafael Marmol (4) counts 1, 2, 4-7; Rafael Tejeda (5) counts 1, 2, 4-7; Edgar Baez (6) counts 1, 2, 8; Heriberto Lanzot (7) counts 1, 2; Oswaldo Maya (8) counts 1, 2, 15-17; Wilson A. Candelerio-Duran (9) counts 1, 2, 18-25; Ramon F. Flores (10) counts 1, 2, 26-28; Freddy Rivera (11) counts 1, 2, 29-31; Jose R. Curras-Morales (12) counts 1, 2, 32-37; WITH FORFEITURE PROVISION. (Unsealed 4/26/06 by Order of Magistrate Judge C. Christopher Hagy.) (se) (Entered: 04/26/2006) |
| 03/15/2006 | 2 | MOTION to Seal Indictment by USA as to Rolfi Espitia-Tocua, Carlos Alexander Tocua, Alfredo Moreno-Rivera, Rafael Marmol, Rafael Tejeda, Edgar Baez, Heriberto Lanzot, Oswaldo Maya, Wilson A. Candelerio-Duran, Ramon F. Flores, Freddy Rivera, Jose R. Curras-Morales. (se) (Entered: 04/26/2006) |

| 03/15/2006 | 3 | ORDER GRANTING 2 Motion to Seal Indictment as to Rolfi Espitia-Tocua (1), Carlos Alexander Tocua (2), Alfredo Moreno-Rivera (3), Rafael Marmol (4), Rafael Tejeda (5), Edgar Baez (6), Heriberto Lanzot (7), Oswaldo Maya (8), Wilson A. Candelerio-Duran (9), Ramon F. Flores (10), Freddy Rivera (11), Jose R. Curras-Morales (12). Signed by Judge Alan J. Baverman on 3/15/06. (se) (Entered: 04/26/2006) |
|---|---|---|
| 03/15/2006 | 11 | Praecipe filed. Detainer Warrant Issued as to Edgar Baez and delivered to USM on 3/15/06. (se) Modified on 5/1/2006 to add detainer (se). (Entered: 04/26/2006) |
| 04/26/2006 | 18 | MOTION to Unseal Indictment by USA as to Rolfi Espitia-Tocua, Carlos Alexander Tocua, Alfredo Moreno-Rivera, Rafael Marmol, Rafael Tejeda, Edgar Baez, Heriberto Lanzot, Oswaldo Maya, Wilson A. Candelerio-Duran, Ramon F. Flores, Freddy Rivera, Jose R. Curras-Morales. (se) (Entered: 04/26/2006) |
| 04/26/2006 | 19 | ORDER GRANTING 18 Motion to Unseal Indictment as to Rolfi Espitia-Tocua (1), Carlos Alexander Tocua (2), Alfredo Moreno-Rivera (3), Rafael Marmol (4), Rafael Tejeda (5), Edgar Baez (6), Heriberto Lanzot (7), Oswaldo Maya (8), Wilson A. Candelerio-Duran (9), Ramon F. Flores (10), Freddy Rivera (11), Jose R. Curras-Morales (12). Signed by Judge C. Christopher Hagy on 4/26/06. (se) (Entered: 04/26/2006) |
| 04/26/2006 | 23 | Defendant Information Sheet as to Edgar Baez. (se) (Entered: 04/28/2006) |
| 05/03/2006 | | Case as to Rolfi Espitia-Tocua, Carlos Alexander Tocua, Alfredo Moreno-Rivera, Rafael Marmol, Rafael Tejeda, Edgar Baez, Heriberto Lanzot, Oswaldo Maya, Wilson A. Candelerio-Duran, Ramon F. Flores, Freddy Rivera, Jose R. Curras-Morales Assigned to District Judge Charles A. Pannell and Magistrate Judge Alan J. Baverman. (epm) (Entered: 05/04/2006) |
| 09/19/2006 | 102 | Petition for Leave of Absence for the following date(s): October 6, 2006, through November 7, 2006, by Sandra Elizabeth Strippoli. (Attachments: # 1 Text of Proposed Order)(Strippoli, Sandra) (Entered: 09/19/2006) |
| 09/20/2006 | 103 | ORDER GRANTING re 102 Plaintiff's Petition for Leave of Absence from October 6, 2006 through November 7, 2006 as to Rolfi Espitia-Tocua, Carlos Alexander Tocua, Alfredo Moreno-Rivera, Rafael Marmol, Rafael Tejeda, Edgar Baez, Heriberto Lanzot, Oswaldo Maya, Wilson A. Candelerio-Duran, Ramon F. Flores, Freddy Rivera and Jose R. Curras-Morales. Signed by Judge Charles A. Pannell Jr. on 9/20/06.(epm) (Entered: 09/21/2006) |
| 01/10/2007 | 153 | Notice for Leave of Absence for the following date(s): February 5, 2007 through February 9, 2007 and February 20, 2007 through February 23, 2007, by Sandra Elizabeth Strippoli. (Strippoli, Sandra) (Entered: 01/10/2007) |
| 01/22/2007 | 157 | ORDER as to Rolfi Espitia-Tocua, Carlos Alexander Tocua, Alfredo Moreno-Rivera, Rafael Marmol, Rafael Tejeda, Edgar Baez, Heriberto Lanzot, Oswaldo Maya, Wilson A. Candelerio-Duran, Ramon F. Flores, Freddy Rivera, Jose R. Curras-Morales re 153 Application for Leave of Absence 2/5-9/2007 and 2/20-23/2007, but only as to court appearances before the undersigned Magistrate Judge. Signed by Judge Alan J. Baverman on 1/22/2007.(adg) (Entered: |

| | | 01/23/2007) |
|---|---|---|
| 03/16/2007 | 169 | Sealed Document. (fap) (Entered: 03/16/2007) |
| 05/01/2007 | 175 | Notice for Leave of Absence for the following date(s): July 11 through July 25, 2007, by Sandra Elizabeth Strippoli. (Strippoli, Sandra) (Entered: 05/01/2007) |
| 05/29/2008 | 254 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to United States District Court for the Southern District of New York Counts closed as to Edgar Baez (6) Count 1,2,8. (adg) (Entered: 06/02/2008) |
| 06/02/2008 | 255 | Transmitted Transfer of Jurisdiction form re: 254 Rule 20 - Transfer Out as to Edgar Baez, with certified copies of indictment, judgment and docket sheet to United States District Court for the Southern District of New York. (adg) (Entered: 06/02/2008) |



**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

---

*Suite 600 Richard Russell Building   Telephone (404)581-6000*
*75 Spring Street, S.W.                                    Fax (404)581-6181*
*Atlanta, Georgia  30303*

May 1, 2007

Richard Goss                   Sonya Lee-Coggins            Janet Reed
Courtroom Deputy               Courtroom Deputy             Courtroom Deputy
US Courthouse, Rm 2121         US Courthouse, Rm 1856       US Courthouse, Rm 1767

Angela Smith                   Regina Martin                Lisa Enix
Courtroom Deputy               Courtroom Deputy             Courtroom Deputy
US Courthouse, Rm 1807         US Courthouse, Rm 2367       US Courthouse, Rm 1619

Sheila Sewell
Courtroom Deputy
US Courthouse, Rm 2188

         Re:    *United States v. Correa-Mejia, et al.*
                Criminal Action No. 1:06-CR-132-CAP-AJB
                *United States v. Espitia-Tocua, et al.*
                Criminal Action No. 1:06-CR-133-CAP-AJB
                *United States v. Garcia-Perez, et al.*
                Criminal Action No. 1:06-CR-134-CAP-AJB
                *United States v. Mier-Cardenas, et al.*
                Criminal Action No. 1:06-CR-135-CAP-AJB
                *United States v. Herrera-Contreras, et al.*
                Criminal Action No. 1:06-CR-269-CAP-AJB
                *United States v. Herrera-Contreras*
                Criminal Action No. 1:06-CR-263-CAP-AJB
                *United States v. Beach*
                Criminal Action No. 1:03-CR-123-RWS-LTW
                *United States v. Arroyo-Pineda, et al.*
                Criminal Action No. 1:06-CR-396-MHS-ECS
                *United States v. Rivera*
                Criminal Action No. 1:03-CR-558-TWT-LTW

Dear Courtroom Deputies:

        This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that
I will be out of the office from July 11, 2007 through July 25, 2007.  I request
that the Court not schedule any court appearances in the above-referenced matter
for those dates.

                        Sincerely,

                        DAVID E. NAHMIAS
                        UNITED STATES ATTORNEY


                        /s/SANDRA E. STRIPPOLI
                        ASSISTANT UNITED STATES ATTORNEY


cc:    Counsel for Defendants
       filed electronically

175



**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

---

*Suite 600 Richard Russell Building   Telephone (404)581-6000*
*75 Spring Street, S.W.                          Fax (404)581-6181*
*Atlanta, Georgia  30303*

January 8, 2007

| | | |
|---|---|---|
| Richard Goss | Sonya Lee-Coggins | Janet Reed |
| Courtroom Deputy | Courtroom Deputy | Courtroom Deputy |
| US Courthouse, Rm 2121 | US Courthouse, Rm 1856 | US Courthouse, Rm 1767 |
| Angela Smith | Regina Martin | Lisa Enix |
| Courtroom Deputy | Courtroom Deputy | Courtroom Deputy |
| US Courthouse, Rm 1807 | US Courthouse, Rm 2367 | US Courthouse, Rm 1619 |

    Re:    *United States v. Correa-Mejia, et al.*
           Criminal Action No. 1:06-CR-132-CAP-AJB
           *United States v. Espitia-Tocua, et al.*
           Criminal Action No. 1:06-CR-133-CAP-AJB
           *United States v. Garcia-Perez, et al.*
           Criminal Action No. 1:06-CR-134-CAP-AJB
           *United States v. Mier-Cardenas, et al.*
           Criminal Action No. 1:06-CR-135-CAP-AJB
           *United States v. Barbosa-Penaloza*
           Criminal Action No. 1:06-CR-136-CAP-AJB
           *United States v. Herrera-Contreras, et al.*
           Criminal Action No. 1:06-CR-269-CAP-AJB
           *United States v. Beach*
           Criminal Action No. 1:03-CR-123-RWS-LTW
           *United States v. Arroyo-Pineda, et al.*
           Criminal Action No. 1:06-CR-396-MHS-ECS

Dear Courtroom Deputies:

    This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that
I will be out of the office from February 5, 2007 through February 9, 2007 and
February 20, 2007 through February 23, 2007.  I request that the Court not
schedule any court appearances in the above-referenced matter for those dates.

              Sincerely,

              DAVID E. NAHMIAS
              UNITED STATES ATTORNEY


              /s/SANDRA E. STRIPPOLI
              ASSISTANT UNITED STATES ATTORNEY


cc:   Counsel for Defendants
      filed electronically

153

JUDGE CHAMBERS
U.S.D.C   Atlanta

JAN 22 2007

JAMES N. HATTEN, Clerk
By: _____
(Deputy Clerk

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA,       :
                                :
            Plaintiff,          :       **CRIMINAL ACTION FILE**
                                :       **NO. 1:06-CR-133-CAP-AJB**
      v.                        :
                                :       **Magistrate Judge Baverman**
                                :
ROLFI ESPITIA-TOCUA,            :
et al.,                         :
                                :
            Defendants.         :

## ORDER ON ATTORNEY'S APPLICATION FOR LEAVE OF ABSENCE

Before the Court is the notice of attorney Sandra Strippoli, seeking a leave of absence for the periods of February 5 - 9, 2007 and February 20 - 23, 2007. The application for a leave of absence is **GRANTED,** but only as to court appearances in this case before the undersigned U.S. Magistrate Judge. The leave of absence is not applicable to any court appearances in this case before the District Court, as to which leave of absence must be separately applied for and obtained. Nor does the leave of absence cover any other deadlines or filings in this case required by or imposed by court order, local rule, operation of law, statute, applicable rule of procedure, or agreement of counsel. Those deadlines or requirements shall remain in full force and effect during any excused absence at court appearances.

**IT IS SO ORDERED,** this the 22nd day of January, 2007.

_____

ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA        :
                                :        CRIMINAL ACTION
            v.                  :
                                :        NO. 1:06-CR-133-CAP
ROLFI ESPITIA-TOCUA, ET AL.     :

ORDER

Having read and considered the government's Petition for Leave

of Absence from October 6, 2006, through November 7, 2006, the

Court hereby GRANTS the government's motion.


SO ORDERED this 20th day of September, 2006.


                        s/Charles A. Pannell, Jr._____
                        CHARLES A. PANNELL, JR.
                        UNITED STATES DISTRICT JUDGE



Presented by
s/Sandra E. Strippoli, AUSA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA          :
                                  :          CRIMINAL ACTION
           v.                     :
                                  :          NO. 1:06-CR-133-CAP
ROLFI ESPITIA-TOCUA, ET AL.       :

<u>PETITION FOR LEAVE OF ABSENCE</u>

COMES NOW the United States of America, by and through its counsel, David E. Nahmias, United States Attorney, and Sandra E. Strippoli, Assistant United States Attorney, for the Northern District of Georgia, pursuant to LR 110-5(d), NDGa, and files this Petition for Leave of Absence for Sandra E. Strippoli in the above-styled action from October 6, 2006, up to and including November 7, 2006. Sandra E. Strippoli will be out of the country. Accordingly, movant requests a leave of absence from October 6, 2006, through November 7, 2006.

Respectfully submitted, this 19th day of <u>September</u>, 2006.

DAVID E. NAHMIAS
UNITED STATES ATTORNEY


s/SANDRA E. STRIPPOLI
ASSISTANT UNITED STATES ATTORNEY

600 U.S. Courthouse
75 Spring St., S.W.
Atlanta, GA  30303
404/581-6304
Georgia Bar No. 688565
sandy.strippoli@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document electronically:

Brenda J. Bernstein, Esq.
Building E
621 North Avenue, NE
Atlanta, GA  30308
bjbernstein@bernsteinfirm.com

L. Burton Finlayson, Esq.
931 Ponce de Leon Avenue, NE
Atlanta, GA  30306
LBFCOURTS@aol.com

Andrew M. Greene, Esq.
Suite 2500
75 14th Street, NE
Atlanta, GA  30309
andy@andrewgreenelaw.com

Dennis C. O'Brien, Esq.
248 Washington Avenue
Marietta, GA  30060
obrienc@bellsouth.net

Scott P. Semrau, Esq.
30 Trammell Street
Marietta, GA  30064
semrau_s@bellsouth.net

This 19th day of September, 2006.

s/SANDRA E. STRIPPOLI
ASSISTANT UNITED STATES ATTORNEY
sandy.strippoli@usdoj.gov

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 1:06-CR-133-CAP |
| ROLFI ESPITIA-TOCUA, ET AL. | : | |

ORDER

Having read and considered the government's Petition for Leave of Absence from October 6, 2006, through November 7, 2006, the Court hereby GRANTS the government's motion.

SO ORDERED this _____ day of September, 2006.

_____
CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT JUDGE

_____
Presented by
s/Sandra E. Strippoli, AUSA

## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

DIVISION _____ ATLANTA _____

(USAO 2006R003 ...)

APR 2 5 2006

LUTHER D. THOMAS, Clerk

By: _____
Deputy Clerk

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT**

COUNTY NAME: _____

DISTRICT COURT NO. _1:06·Cr·133·6_

MAGISTRATE CASE NO. _____

_X_ Indictment          __ Information          __ Magistrate's Complaint

DATE: MARCH 15, 2006          DATE:          DATE:

| UNITED STATES OF AMERICA | SUPERSEDING |
|---|---|
| vs. | |
| **EDGAR BAEZ** | Prior Case No. & Date Filed |

VIOLATION:

COUNTS CHARGED:                              TOTAL COUNTS:
(as to deft)                                 (as to deft)
GREATER OFFENSE CHARGED:
_X_ Felony          __ Misdemeanor

**DEFENDANT:**

**IS NOT IN CUSTODY:**

    1. _X_ Has not been arrested pending outcome of this proceeding.
       If not detained, give date any prior summons was served on above charges _____
    2. __ Fugitive.
    3. ___Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
    Or if arresting agency & warrant were not Federal: _____

DATE TRANSFERRED TO U.S. CUSTODY: _____

    Are there any outstanding warrants in this proceeding __ Yes __ No
    Date: _____          Issued by: _____

**IS IN CUSTODY:**

    4. __ On this charge.
    5. __ On another conviction.
    6. Awaiting trial on other charges __Yes          __ No
    ____ Federal          ____ State
       If Yes, show name of institution _____
       Has detainer been filed __ Yes          __ No
    If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: _____ |
|---|---|
| | JUDGE: _____ |
| | A.U.S.A.: SANDRA E. STRIPPOLI |
| | DEFT'S ATTY: _____ |

cc:  Orig - Court file
    Copy - U.S. ATTORNEY
    Copy - Defense Attorney

DAVID E. NAHMIAS
UNITED STATES ATTORNEY
BY: ____ SANDRA E. STRIPPOLI
    Assistant United States Attorney

DATE: _____ MARCH 15, 2006 _____

23

ORIGINAL



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 2 6 2006

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. 1:06-CR-133 |
| ROLFI ESPITIA-TOCUA, | : | |
| CARLOS ALEXANDER TOCUA, | : | |
| ALFREDO MORENO-RIVERA, | : | |
| RAFAEL MARMOL, | : | |
| RAFAEL TEJEDA, | : | |
| EDGAR BAEZ, | : | |
| HERIBERTO LANZOT, | : | |
| OSWALDO MAYA, | : | |
| WILSON A. CANDELERIO-DURAN, | : | |
| RAMON F. FLORES, | : | |
| FREDDY RIVERA, and | : | |
| JOSE R. CURRAS-MORALES, | : | |
| a.k.a Manky | : | |

**O R D E R**

It is hereby ordered that the Indictment in the above-styled case be unsealed this the 26th day of APRIL, 2006.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE

Presented by
Sandra E. Strippoli, AUSA

19

OFFICIAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 2 6 2006

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. 1:06-CR-133 |
| ROLFI ESPITIA-TOCUA, | : | |
| CARLOS ALEXANDER TOCUA, | : | |
| ALFREDO MORENO-RIVERA, | : | |
| RAFAEL MARMOL, | : | |
| RAFAEL TEJEDA, | : | |
| EDGAR BAEZ, | : | |
| HERIBERTO LANZOT, | : | |
| OSWALDO MAYA, | : | |
| WILSON A. CANDELERIO-DURAN, | : | |
| RAMON F. FLORES, | : | |
| FREDDY RIVERA, and | : | |
| JOSE R. CURRAS-MORALES, | : | |
| a.k.a Manky | : | |

## MOTION TO UNSEAL INDICTMENT

Comes now the United States of America, by David E. Nahmias, United States Attorney, and Sandra E. Strippoli, Assistant United States Attorney for the Northern District of Georgia, and moves this court to unseal the Indictment in the above-styled case and in support thereof shows that some or all of the defendants have now been arrested and there is no longer a need for the indictment to be sealed.

Wherefore, the government respectfully requests that said Indictment be unsealed.

Respectfully submitted,

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

SANDRA E. STRIPPOLI
ASSISTANT UNITED STATES ATTORNEY

600 U.S. Courthouse
75 Spring St., S.W.
Atlanta, GA  30303
404/581-6304
404/581-6171 (Fax)
Georgia Bar No. 688565

2

# United States District Court
### NORTHERN DISTRICT OF GEORGIA
Atlanta Division

United States

v.

EDGAR BAEZ
(BROOKLYN MDC)

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 1 5 2006

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

1:06-CR-133-6

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached.  Request that warrant be lodged as detainer in the above-stated case.

Sandra E. Strippoli
Assistant United States Attorney

# Please forward a copy of the attached memorandum to the Marshal's Service for information purposes

Filed In Clerk's Office, this _____

of _____, 20_____

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHAL  3/15/06

BY: _____
DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94

11

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 1 5 2006

LUTHER D. THOMAS, Clerk
By: _____
            Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. |
| ROLFI ESPITIA-TOCUA, | : | |
| CARLOS ALEXANDER TOCUA, | : | **UNDER SEAL** |
| ALFREDO MORENO-RIVERA, | : | |
| RAFAEL MARMOL, | : | 1:06-CR-133 |
| RAFAEL TEJEDA, | : | |
| EDGAR BAEZ, | : | |
| HERIBERTO LANZOT, | : | |
| OSWALDO MAYA, | : | |
| WILSON A. CANDELERIO-DURAN, | : | |
| RAMON F. FLORES, | : | |
| FREDDY RIVERA, and | : | |
| JOSE R. CURRAS-MORALES, | : | |
| a.k.a Manky | : | |

O R D E R

Having read and considered the government's Motion to Seal Indictment and application and for good cause shown,

It is hereby ORDERED that the Indictment be sealed.

It is hereby also ORDERED that, notwithstanding the indictment being under seal, the Government may use and disclose the indictment and arrest warrants to obtain provisional arrest warrants and to provide arrest warrants to arresting agents, to translate and disseminate extradition paperwork, in Vienna Convention Mutual Legal Assistance Requests, and in obtaining

authorization to conduct searches in the United States and elsewhere.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

Presented by :

_____
Sandra E. Strippoli, AUSA

2

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 1 5 2006

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| | : | |
| v. | : | NO. |
| | : | |
| ROLFI ESPITIA-TOCUA, | : | **UNDER SEAL** |
| CARLOS ALEXANDER TOCUA, | : | |
| ALFREDO MORENO-RIVERA, | : | 1:06-CR-133 |
| RAFAEL MARMOL, | : | |
| RAFAEL TEJEDA, | : | |
| EDGAR BAEZ, | : | |
| HERIBERTO LANZOT, | : | |
| OSWALDO MAYA, | : | |
| WILSON A. CANDELERIO-DURAN, | : | |
| RAMON F. FLORES, | : | |
| FREDDY RIVERA, and | : | |
| JOSE R. CURRAS-MORALES, | : | |
| a.k.a Manky | : | |

## MOTION TO SEAL INDICTMENT

Comes now the United States of America by and through counsel, David E. Nahmias, United States Attorney, and Sandra E. Strippoli, Assistant United States Attorney, and respectfully requests that the attached Indictment, motion to seal and order be sealed for the following reasons:

### 1.

Premature disclosure of the indictment would provide the subject of a federal criminal investigation with notice that they are indicted and may result in it becoming more difficult to locate and arrest them, as well as jeopardize the safety of the arresting agents.

2.

Additionally, the Government requests that the Government be allowed to use and disclose the indictment and arrest warrants to obtain provisional arrest warrants and to provide arrest warrants to arresting agents, to translate and disseminate extradition paperwork, in Vienna Convention Mutual Legal Assistance Requests, and in obtaining authorization to conduct searches in the United States and elsewhere.

WHEREFORE, the United States of America respectfully requests that this motion, the Indictment and ensuing order be sealed, except for its use and disclosure as set forth above.

Submitted this 15th day of March, 2006.

Respectfully submitted,

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

SANDRA E. STRIPPOLI
ASSISTANT UNITED STATES ATTORNEY

600 U.S. Courthouse
75 Spring St., S.W.
Atlanta, GA  30303
(404)581-6304
(404)581-6171 (Fax)
Georgia Bar No. 688565

2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
**2211 UNITED STATES COURTHOUSE**
**75 SPRING STREET, SW**
**ATLANTA, GEORGIA 30303-3361**

JAMES N. HATTEN
CLERK OF COURT

CRIMINAL SECTION
404-215-1655

June 2, 2008

J. Michael McMahon, Clerk
United States District Court
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

     RE:    *USA v. Edgar Baez*
           **Criminal Case No. 1:06-cr-133-6-CAP**

Dear Clerk:

    Pursuant to Rule 20 proceedings entered into and filed with this Court, please find enclosed the  indictment and case file together with a certified copy of our docket and the Rule 20 consent form.

    Please acknowledge receipt on the duplicate copy of this letter as provided, indicating your assigned case number.

                         Sincerely,

                         James N. Hatten
                         Clerk of Court

                    By:  s/Andrea Gee
                         Deputy Clerk

Enclosure